## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

---

| | |
|---|---|
| **DAVID L. LEWIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Case No. 09-CV-2090** |
| ) | |
| **LARRY MILLS, TODD DAMILANO,** ) | |
| **SCOTT CORRIE, and CLINT GRAY,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Reports and Recommendations (#23), (#24), and (#25) were filed by Magistrate Judge David G. Bernthal in the above cause on October 2 and October 6, 2009. On October 16, 19, and 23, 2009, Defendants Lewis Mills and Todd Damilano, Scott Corrie, and Clint Gray, respectively, filed their Objections to the Reports and Recommendations (#26), (#27), and (#28). Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendants' Objections, this court agrees with and accepts the Magistrate Judge's Reports and Recommendations (#23), (#24), and (25). This court agrees that Defendants Mills and Damilano's Motion to Dismiss (#12) should be GRANTED in part and DENIED in part, Defendant Gray's Motion to Dismiss (#20) should be GRANTED in part and DENIED in part, and that Defendant Corrie's Motion for Judgment on the Pleadings (#21) should be GRANTED in part and DENIED in part.

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#23), (#24), and (#25) are accepted by this court.

(2) Defendants Mills and Damilano's Motion to Dismiss (#12) is GRANTED in part and DENIED in part. It is GRANTED as to the malicious prosecution claim. It is GRANTED on the First Amendment claim to the extent that the claim against Mills is based on his decision to

prosecute Plaintiff and to the extent that the claim against Damilano is based on his grand jury testimony.  It is DENIED as to the remaining bases for the First Amendment claim against Mills and Damilano.

(3) Defendant Gray's Motion to Dismiss (#20) is GRANTED as to the malicious prosecution claim.  As to the First Amendment claim, the motion is DENIED.

(4) Defendant Corrie's Motion for Judgment on the Pleadings (#21) is GRANTED as to the malicious prosecution claim.  It is GRANTED as to the First Amendment claim to the extent it is based on Corrie's grant jury testimony.  It is DENIED as to any remaining bases for the First Amendment claim against Corrie.

(5) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 3rd day of November, 2009

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE